# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

   V.                                           **Case Number: 4:12CR00152-MPM-JMV-1**

**GARY MATTHEW REED**

## ORDER

Before the court is Defendant Gary Matthew Reed's motion for substitution of counsel [13]. For good cause shown and having been advised that there is no objection to the motion, the same is hereby **GRANTED**. Accordingly, Edward Blackmon, Jr., is hereby substituted as counsel of record for Defendant Gary Matthew Reed in the place of Gregory S. Park and the Federal Public Defender's Office. Mr. Park and the Federal Public Defender's Office have no further responsibility with regard to representing Defendant Reed herein.

SO ORDERED this 14th day of January, 2013.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE